IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

IOANNIS PAPADOPOULOS,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

      Appellant,

v.

CASE NO. 1D14-2589

REEMPLOYMENT
ASSISTANCE APPEALS
COMMISSION AND
TRIANGLE HOUSE LLC, DBA
MOODHOOPS,

      Appellees.

_____/

Opinion filed July 9, 2014.

An appeal from an order of the Reemployment Assistance Appeals Commission.
Frank E. Brown, Chairman.

Ioannis Papadopoulos, pro se, Appellant.

Norman A. Blessing, General Counsel, Tallahassee (no appearance), for Appellee.

PER CURIAM.

      DISMISSED. See Raysor v. Raysor, 706 So. 2d 400, 401 (Fla. 1st DCA 1998).

THOMAS, RAY, and OSTERHAUS, JJ., CONCUR.